# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNSYLVANIA MANUFACTURERS' ASSOCIATION INSURANCE COMPANY,<br>          Plaintiff,<br>          v.<br><br>TRANS AMERICA, LLC, et al.,<br>          Defendants.<br><br>AND RELATED CLAIMS | EDCV 18-989 DSF (SPx)<br><br>JUDGMENT |

    The Court, having granted the motion of Pennsylvania Manufacturers' Association Insurance Company (PMA) for summary judgment, and having dismissed without prejudice the third-party complaint, enters judgment in favor of PMA and against defendants Trans America LLC, Rishi Puri, and Clarence Walder.

    IT IS ORDERED AND ADJUDGED that PMA's policy of commercial general liability insurance, number 301501-0488759Y, effective from April 15, 2015 to April 15, 2016 (the Policy), is null,

void, and rescinded *ab initio*. PMA is further ORDERED to refund to defendant Trans America LLC all premiums it paid as to the Policy.

Date: June 12, 2019

_____
Dale S. Fischer
United States District Judge